THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
courtnotices@injuryhelpnow.com
Attorney for Plaintiff Archuleta

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GILBERT ARCHULETA,
Plaintiff,

vs.

THE HARTFORD FINANCIAL SERVICES
GROUP, INC.; SENTINEL INSURANCE, LLC,;
SENTINEL INSURANCE COMPANY, LTD., 1
SOURCE INSURANCE GROUP; SILVER STATE
HYDRAULIC SERVICES, INC.; and DOES I – V;
ROE CORPORATIONS I – V; ROE EMPLOYEES
I – V; ROE WHOLESALER I – V; and ROE
RETAILER I - V, inclusive,

Defendants.

CASE NO: 2:21-cv-01310-APG-VCF

## STIPULATION TO EXTEND TIME TO FILE RESPONSE

## (FIRST REQUEST)

IT IS HEREBY STIPULATED among the parties signing below, by and through their respective counsel of record, that the time for filing of the Plaintiff's Response to Defendant's Motion to Dismiss (filed on July 14, 2021, as document #6) shall be extended by thirty (30) days. The primary reason for the extension is that Plaintiff's lead counsel is out of town and unable to respond in ordinary course.  The parties hereto agree that Plaintiff's response will now

///

///

be filed on or before August 27, 2021.

DATED THIS 26th day of July, 2021.

CHRISTENSEN LAW OFFICES, LLC                    WRIGHT, FINLAY & ZAK, LLP

BY: _DH_____ #7019                              BY: /s/ Darren T. Brenner
THOMAS CHRISTENSEN, ESQ.                        DARREN T. BRENNER, ESQ.
Nevada Bar No. 2326                             Nevada Bar No. 8386
1000 S. Valley View Blvd.                       7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89107                         Las Vegas, NV 89117
Attorney for Gilbert Archuleta                  Attorney for Sentinel Insurance Co., Ltd and
                                                The Hartford Financial Services Group, Inc.

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
**Dated:** ___July 26, 2021___