1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Lindsay D. Robbins, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  dbrenner@wrightlegal.net
   lrobbins@wrightlegal.net
7  *Attorneys for Defendant, Sentinel Insurance Company, Ltd. and The Hartford Financial Services Group, Inc.*
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| GILBERT ARCHULETA, | Case No.: 2:21-cv-01310 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND [ECF No. 13]** |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC.; SENTINEL INSURANCE, LLC; SENTINEL INSURANCE COMPANY, LTD., 1 SOURCE INSURANCE GROUP; SILVER STATE HYDRAULIC SERVICES, INC.; and DOES I – V; ROE CORPORATIONS I – V; ROE EMPLOYEES I – V; ROE WHOLESALER I – V; and ROE RETAILER I - V, inclusive, | [First Request] |
| Defendants. | |

Plaintiff, Gilbert Archuleta. ("Plaintiff") and Defendants Sentinel Insurance Company, Ltd. ("Sentinel"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 23, 2021, Plaintiff filed its Complaint in Eighth Judicial District Court, Case No. A-21-831643-C [ECF No. 1-2];

2. On July 9, 2021, Sentinel Petition for Removal to this Court [ECF No. 1];

3. On August 2, 2021, Plaintiff filed a Motion for Remand [ECF No. 13];

4. Defendants' deadline to respond to Plaintiff's Motions for Remand is currently August 16, 2021;

5. Sentinel's counsel is requesting an extension until August 30, 2021, to file its response to the pending Motions for Remand;

6. This extension is requested because Sentinel requires additional time to review and response to the motion to remand. Sentinel's lead counsel was on a family vacation when the Motion for Remand was filed, and the associate assigned to the file is currently on maternity leave.

7. Counsel for Plaintiff does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of August, 2021.               DATED this 9th day of August, 2021.

WRIGHT, FINLAY & ZAK, LLP                          CHRISTENSEN LAW OFFICES, LLC

*/s/ Darren T. Brenner*                            */s/ Dawn A. Hooker*
Darren T. Brenner, Esq.                            Thomas Christensen, Esq.
Nevada Bar No. 8386                                Nevada Bar No. 2326
7785 W. Sahara Ave., Suite 200                     Dawn A. Hooker, Esq.
Las Vegas, NV 89117                                Nevada Bar No. 7019
*Attorneys for Defendants, Sentinel*               1000 S. valley View Blvd
*Insurance Company, Ltd. and The Hartford*         Las Vegas, NV 89107
*Financial Services Group, Inc..*                  *Attorney for Plaintiff, Gilbert Archuleta*

**IT IS SO ORDERED.**

   Dated this __10th__ day of August, 2021.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE