THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
courtnotices@injuryhelpnow.com
Attorney for Plaintiff Archuleta

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT ARCHULETA,<br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; SENTINEL INSURANCE, LLC,; SENTINEL INSURANCE COMPANY, LTD., 1 SOURCE INSURANCE GROUP; SILVER STATE HYDRAULIC SERVICES, INC.; and DOES I – V; ROE CORPORATIONS I – V; ROE EMPLOYEES I – V; ROE WHOLESALER I – V; and ROE RETAILER I - V, inclusive,<br><br>Defendants. | CASE NO: 2:21-cv-01310-APG-VCF |

**STIPULATION TO EXTEND TIME TO FILE RESPONSE**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED among the parties signing below, by and through their respective counsel of record, that the time for filing of the Plaintiff's Response to Defendant's Motion to Dismiss (filed on July 29, 2021, as document #11) shall be extended by thirty (30) days. The primary reason for the extension is that Plaintiff has filed a Motion for Remand and the parties agree that the Motion for Remand should be decided prior to the Motion to Dismiss. Additionally, Plaintiff's counsel is out of town for an extended period.

///

///

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, August 11, 2021, I received concurrence from Defendant 1 Source Insurance Group's counsel, James P.C. Silvestri, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 11, 2021.

_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326

The parties hereto agree that Plaintiff's response to 1 Source's Motion to Dismiss will be filed on or before September 9, 2021.

DATED THIS 11th day of August, 2021.

| CHRISTENSEN LAW OFFICES, LLC | PYATT SILVESTRI, PLC |
|---|---|
| BY: _____ <br> THOMAS CHRISTENSEN, ESQ. <br> Nevada Bar No. 2326 <br> 1000 S. Valley View Blvd. <br> Las Vegas, Nevada  89107 <br> Attorney for Gilbert Archuleta | BY: s/ James P.C. Silvestri <br> JAMES P.C. SILVESTRI, ESQ. <br> Nevada Bar No. 3603 <br> 701 Bridger Avenue, Suite 600 <br> Las Vegas, NV 89101 <br> Attorney for 1 Source Insurance Group |

### ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: August 12, 2021