THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
courtnotices@injuryhelpnow.com
Attorney for Plaintiff Archuleta

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT ARCHULETA,<br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; SENTINEL INSURANCE, LLC,; SENTINEL INSURANCE COMPANY, LTD., 1 SOURCE INSURANCE GROUP; SILVER STATE HYDRAULIC SERVICES, INC.; and DOES I – V; ROE CORPORATIONS I – V; ROE EMPLOYEES I – V; ROE WHOLESALER I – V; and ROE RETAILER I - V, inclusive,<br><br>Defendants. | CASE NO: 2:21-cv-01310-APG-VCF |

**STIPULATION TO EXTEND TIME TO FILE RESPONSES**

**(SECOND REQUEST)**

IT IS HEREBY STIPULATED among the parties signing below, by and through their respective counsel of record, that the time for filing of several responses will be extended. The parties agree as follows:

Plaintiff's Response to Defendant Sentinel's Motion to Dismiss (filed on July 14, 2021, ECF#5) was previously extended by Stipulation and Order (ECF#8) and is currently due August 27, 2021.

Plaintiff's Response to Defendant The Hartford Financial Services Group, Inc.'s Motion to Dismiss (filed on July 14, 2021, ECF#6) was previously extended by Stipulation and Order (ECF#10) and is currently due August 27, 2021.

Plaintiff's Response to Defendant 1 Source's Motion to Dismiss (filed on July 29, 2021, ECF#11) was previously extended by Stipulation and Order (ECF#16) and is currently due September 9, 2021.

Defendant Hartford's and Sentinel's Response to Plaintiff's Motion for Remand (filed on August 2, 2021 as ECF#13) was previously extended by Stipulation and Order (ECF#14) and is currently due August 30, 2021.

The reasons for the extensions are that the parties were attempting to reach a global agreement to stay the briefing until the Motion for Remand had been decided and that Plaintiff's primary counsel had several late summer travel obligations and will be out of town until September 10, 2021.

The parties therefore agree that Plaintiff's Response to the pending Motions by Defendants Hartford and Sentinel (ECF#5 and ECF#6) will now be due on or before September 20, 2021.

The parties further agree that any further briefing on Plaintiff's Response to Defendant 1 Source's Motion (ECF#11) will be stayed pending decision on the Motion for Remand. If jurisdiction in this Court is confirmed, the parties agree Plaintiff's Response will be due within 21 days of the Order so confirming.

### ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, August 11, 2021, I received concurrence from the undersigned counsel to file this document with each of their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 26, 2021.

_____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326

DATED THIS 27th day of August, 2021.

CHRISTENSEN LAW OFFICES, LLC

BY: _____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
Attorney for Gilbert Archuleta

PYATT SILVESTRI, PLC

BY: s/James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
Attorney for 1 Source Insurance Group

WRIGHT, FINLAY & ZAK, LLP

BY: Darren T. Brenner
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Attorney for Sentinel Insurance Co., Ltd and
The Hartford Financial Services Group, Inc.

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: **August  27,  2021**
**2:21-cv-01310-APG-VCF**