WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Defendant, Sentinel Insurance Company, Ltd. and The Hartford Financial Services Group, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GILBERT ARCHULETA,<br><br>      Plaintiff,<br> vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; SENTINEL INSURANCE, LLC; SENTINEL INSURANCE COMPANY, LTD., 1 SOURCE INSURANCE GROUP; SILVER STATE HYDRAULIC SERVICES, INC.; and DOES I – V; ROE CORPORATIONS I – V; ROE EMPLOYEES I – V; ROE WHOLESALER I – V; and ROE RETAILER I - V, inclusive,<br><br>      Defendants. | Case No.: 2:21-cv-01310-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND [ECF No. 13]**<br><br>[Second Request] |

   Plaintiff, Gilbert Archuleta ("Plaintiff") and Defendant, Sentinel Insurance Company, Ltd. ("Sentinel"), by and through their counsel of record, hereby stipulate and agree as follows:

   1. On March 23, 2021, Plaintiff filed its Complaint in Eighth Judicial District Court, Case No. A-21-831643-C [ECF No. 1-2];

   2. On July 9, 2021, Sentinel Petition for Removal to this Court [ECF No. 1];

   3. On August 2, 2021, Plaintiff filed a Motion for Remand [ECF No. 13];

   4. Sentinel's deadline to respond to Plaintiff's Motions for Remand is currently August 30, 2021;

5. Sentinel's counsel is requesting an extension until Tuesday, September 7, 2021, to file its response to the pending Motions for Remand;

6. This is Sentinel's second requested extension. The first 14-day extension was requestee because Sentinel's lead counsel was on a family vacation when the Motion for Remand was filed, and the associate assigned to the file was on maternity leave. This extension is requested because Sentinel and its counsel are still in process of gathering information necessary to respond to the motion to dismiss. Due in part to unanticipated scheduling conflicts, the process is taking longer than originally anticipated. Sentinel estimates it may need up to another week, which would put the new date to respond at September 7, 2021 given Labor Day.

7. This request is made in good faith and not for purposes of delay. Plaintiff does not oppose the requested extension.

**IT IS SO STIPULATED.**

DATED this 30th day of August, 2021.              DATED this 30th day of August, 2021.

WRIGHT, FINLAY & ZAK, LLP                          CHRISTENSEN LAW OFFICES, LLC

/s/ Darren T. Brenner                              /s/ Dawn Hooker
Darren T. Brenner, Esq.                            Thomas Christensen, Esq.
Nevada Bar No. 8386                                Nevada Bar No. 2326
7785 W. Sahara Ave., Suite 200                     Dawn Hooker, Esq.
Las Vegas, NV 89117                                Nevada Bar No. 7019
*Attorneys for Defendants, Sentinel*               1000 S. valley View Blvd
*Insurance Company, Ltd. and The Hartford*         Las Vegas, NV 89107
*Financial Services Group, Inc..*                  *Attorney for Plaintiff, Gilbert Archuleta*

**IT IS SO ORDERED.**

Dated this __30th__ day of August, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE