THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
courtnotices@injuryhelpnow.com
Attorney for Plaintiff Archuleta

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT ARCHULETA,<br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; SENTINEL INSURANCE, LLC,; SENTINEL INSURANCE COMPANY, LTD., 1 SOURCE INSURANCE GROUP; SILVER STATE HYDRAULIC SERVICES, INC.; and DOES I – V; ROE CORPORATIONS I – V; ROE EMPLOYEES I – V; ROE WHOLESALER I – V; and ROE RETAILER I - V, inclusive,<br><br>Defendants. | CASE NO: 2:21-cv-01310-APG-VCF |

**STIPULATION TO EXTEND TIME TO FILE RESPONSE**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED among the parties signing below, by and through their respective counsel of record, that the time for filing of the Plaintiff's Reply in support of Motion for Remand (filed on August 2, 2021, as document #13) and for filing Plaintiff's Response to Defendant's Request for Judicial Notice (filed on September 7, 2021 as document #26) shall be extended by seven (7) days. The primary reason for the extension is that Plaintiff's counsel has been out of town and was without any internet connection for an extended period. Defendant's Response to the Plaintiff's Motion for Remand was filed on September 7, 2021 as document

#25). The parties hereto agree that Plaintiff's Reply and Response will now be due on or before September 21, 2021. ~~September 21, 2007~~.

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, September 14, 2021, I received concurrence from Defendant's counsel, Darren T. Brenner, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 14, 2021.

/s/Thomas Christensen
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326

The parties hereto agree that Plaintiff's Reply and Response will now be due on or before September 21, 2021. ~~September 21, 2007~~.

Dated: September 14, 2021.

CHRISTENSEN LAW OFFICES, LLC

BY: /s/ Thomas Christensen
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
Attorney for Gilbert Archuleta

WRIGHT, FINLAY & ZAK, LLP

BY: /s/Darren T. Brenner
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Attorney for Sentinel Insurance Co., Ltd and The Hartford Financial Services Group, Inc.

PYATT SILVESTRI, PLC

BY: /s/James Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
Attorney for 1 Source Insurance Group

IT IS SO ORDERED:

Dated: September 17, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE