THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
CHRISTENSEN LAW OFFICES, LLC
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
courtnotices@injuryhelpnow.com
Attorney for Plaintiff Archuleta

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT ARCHULETA,<br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; SENTINEL INSURANCE, LLC,; SENTINEL INSURANCE COMPANY, LTD., 1 SOURCE INSURANCE GROUP; SILVER STATE HYDRAULIC SERVICES, INC.; and DOES I – V; ROE CORPORATIONS I – V; ROE EMPLOYEES I – V; ROE WHOLESALER I – V; and ROE RETAILER I - V, inclusive,<br><br>Defendants. | CASE NO: 2:21-cv-01310-APG-VCF<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY DISCOVERY AND CONTINUE DEADLINES** |

The parties signing below, by and through their respective counsel of record, hereby submit this Joint Status Report, and Stipulation to stay discovery and continue the deadlines imposed by FRCP 26(f).

Plaintiff filed his Complaint on March 23, 2021 in State Court (ECF 1-2). Defendant Sentinel Insurance Company, Ltd. filed its Petition for Removal on July 9, 2021 (ECF 1). Defendant Sentinel then filed a Motion to Dismiss on July 14, 2021 (ECF 5). Defendant The Hartford Financial Services Group, Inc. also filed a Motion to Dismiss on July 14, 2021 (ECF 6). Defendant 1 Source Insurance Group filed a Motion to Dismiss on July 29, 2021 (ECF 11). Plaintiff filed a Motion for Remand on August 2, 2021 (ECF 13). Plaintiff filed a Motion to Stay

Pending Remand on August 27, 2021 (ECF 21). All of these noted Motions are fully briefed and awaiting decision by the Court. No Discovery Plan or Scheduling Order has yet been filed.

The parties hereto are in agreement that a stay of all discovery is appropriate and efficient until the Court decides the pending Motion for Remand and, if jurisdiction is confirmed, the pending Motions to Dismiss. When evaluating a stay discovery while a dispositive motion is pending, the court initially considers the goal of Federal Rule of Civil Procedure 1. The guiding premise of the Rules is that the Rules "should be construed and administered to secure the just, speedy, and inexpensive determination of every action." FED. R. CIV. P. 1. It needs no citation of authority to recognize that discovery is expensive. The Supreme Court has long mandated that trial courts should resolve civil matters fairly but without undue cost. *Brown Shoe Co. v. United States*, 370 U.S. 294, 306 (1962). This directive is echoed by Rule 26, which instructs the court to balance the expense of discovery against its likely benefit. See FED. R. CIV. P. 26(B)(2)(iii). Consistent with the Supreme Court's mandate that trial courts should balance fairness and cost, the Rules do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending. *Skellerup Indus. Ltd. v. City of Los Angeles*, 163 F.R.D. 598, 600–01 (C.D. Cal. 1995). Pursuant to Federal Rule of Civil Procedure 26(c)(1), "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Whether to grant a stay is within the discretion of the court. *Munoz–Santana v. U.S. I.N.S.*, 742 F.2d 561, 562 (9th Cir. 1984).

### ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, November 30, 2021, I received concurrence from Defendant 1 Source Insurance Group's counsel, James P.C. Silvestri, Esq., to file this document with his electronic signature attached.

I hereby attest and certify that on, November 17, 2021, I received concurrence from Defendant Sentinel Insurance Services and The Hartford Financial Services Group, Darren T. Brenner, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 30, 2021.

_____
THOMAS CHRISTENSEN, ESQ.

The parties therefore hereby jointly request a stay of discovery, and all deadlines imposed by FRCP 26(f). The parties request that an Order be issued directing that another status report be filed with the Court 120 days from today regarding developments.

DATED THIS 30th day of November, 2021.

CHRISTENSEN LAW OFFICES, LLC

BY: _____
THOMAS CHRISTENSEN, ESQ.
Nevada Bar No. 2326
1000 S. Valley View Blvd.
Las Vegas, Nevada 89107
Attorney for Gilbert Archuleta

WRIGHT FINLAY & ZAK

BY: s/Darren T. Brenner
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
Attorney for Sentinel Insurance Company, Ltd
And The Hartford Financial Services Group, Inc.

PYATT SILVESTRI, PLC

BY: s/James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, NV 89101
Attorney for 1 Source Insurance Group

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 12-1-2021